| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Matthew Luna | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **07/09/2024**    Printed name of Debtor 1: **Matthew Luna**    Signature of Debtor 1: /s/

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    Printed name of Debtor 2: _____    Signature of Debtor 2: _____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                                            F 1002-1.EMP.INCOME.DEC

**MDDR INC**
4915 E Hunter Ave
Anaheim, CA 92807

paylocity

Direct Deposit Advice

**Check Date** July 22, 2024    **Voucher Number** 4107

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***9499 | 1,145.45 |
| WELLS FARGO | C | ***6959 | 1,145.46 |
| **Total Direct Deposits** | | | **2,290.91** |

122206   100   125   4107   4281        122206

**Matthew Luna**
2115 Orange Ave. Unit B
Costa Mesa, CA  92627

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### MDDR INC

**Matthew Luna**                                                                                           **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | **125** | Fed Taxable Income | **3,100.52** |
| Location | **100** | Fed Filing Status | **S** |
| Salary | **$3,134.80** | State Filing Status | **S-0** |

| | |
|---|---|
| Check Date | **July 22, 2024** |
| Period Beginning | **July 1, 2024** |
| Period Ending | **July 14, 2024** |

| | |
|---|---|
| Voucher Number | **4107** |
| Net Pay | **2,290.91** |
| Total Hours Worked | **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 39.19 | 8.00 | 313.52 | 1,254.08 |
| QCAM 401 | | 0.00 | 101.55 | 1,425.61 |
| Salary | 39.19 | 72.00 | 2,821.28 | 42,005.68 |
| Sick | | | | 1,254.08 |
| Spiff | | 0.00 | 250.00 | 1,750.00 |
| Vacation | | | | 2,508.16 |
| **Gross Earnings** | | **80.00** | **3,384.80** | **48,772.00** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 154.47 | 1,427.06 |
| CASDI-E | 34.11 | 491.83 |
| FITW | 368.31 | 3,430.02 |
| MED | 47.90 | 689.67 |
| SS | 204.82 | 2,948.95 |
| **Taxes** | **809.61** | **8,987.53** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K Employee Deferral | 203.09 | 2,851.10 |
| Medical Ins | 60.11 | 908.67 |
| Principal | 21.08 | 299.56 |
| **Deductions** | **284.28** | **4,059.33** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| BANK OF AMERICA, N.A. | C    ***9499 | 1,145.45 |
| WELLS FARGO BANK NA | C    ***6959 | 1,145.46 |
| **Total Direct Deposits** | | **2,290.91** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 32.00 | 8.00 |
| Vacation | 65.15 | 361.00 |

MDDR INC | 4915 E Hunter Ave  Anaheim, CA 92807 | (714) 408-2202 | FEIN: 95-4169050 | CA: 372-1731-2

**MDDR INC**
4915 E Hunter Ave
Anaheim, CA 92807

paylocity

Direct Deposit Advice

| | **Check Date** | | | **Voucher Number** |
|---|---|---|---|---|
| | July 8, 2024 | | | 4060 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***9499 | 1,076.68 |
| WELLS FARGO | C | ***6959 | 1,076.68 |
| **Total Direct Deposits** | | | **2,153.36** |

122206   100   125  4060  4231        **122206**

**Matthew Luna**
2115 Orange Ave. Unit B
Costa Mesa, CA  92627

*Non Negotiable - This is not a check - Non Negotiable*

**Non Negotiable - This is not a check - Non Negotiable**

## MDDR INC

**Matthew Luna**                                                                                            **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **125** | Fed Taxable Income | **2,865.52** | Check Date | **July 8, 2024** | Voucher Number | **4060** |
| Location | **100** | Fed Filing Status | **S** | Period Beginning | **June 17, 2024** | Net Pay | **2,153.36** |
| Salary | **$3,134.80** | State Filing Status | **S-0** | Period Ending | **June 30, 2024** | Total Hours Worked | **80.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Holiday | | | | 940.56 |
| QCAM 401 | | 0.00 | 94.05 | 1,324.06 |
| Salary | 39.19 | 80.00 | 3,134.80 | 39,184.40 |
| Sick | | | | 1,254.08 |
| Spiff | | | | 1,500.00 |
| Vacation | | | | 2,508.16 |
| **Gross Earnings** | | **80.00** | **3,134.80** | **45,387.20** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| CA | | | 130.43 | 1,272.59 |
| CASDI-E | | | 31.52 | 457.72 |
| FITW | | | 316.61 | 3,061.71 |
| MED | | | 44.28 | 641.77 |
| SS | | | 189.32 | 2,744.13 |
| **Taxes** | | | **712.16** | **8,177.92** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| 401K Employee Deferral | 188.09 | 2,648.01 |
| Medical Ins | 60.11 | 848.56 |
| Principal | 21.08 | 278.48 |
| **Deductions** | **269.28** | **3,775.05** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***9499 | 1,076.68 |
| WELLS FARGO BANK NA | C | ***6959 | 1,076.68 |
| **Total Direct Deposits** | | | **2,153.36** |

| **Time Off** | **Available to Use** | **Plan Year Used** |
|---|---|---|
| Sick | 32.00 | 8.00 |
| Vacation | 62.07 | 361.00 |

MDDR INC | 4915 E Hunter Ave  Anaheim, CA 92807 | (714) 408-2202 | FEIN: 95-4169050 | CA: 372-1731-2

MDDR INC
4915 E Hunter Ave
Anaheim, CA 92807

paylocity

Direct Deposit Advice

**Check Date** June 24, 2024

**Voucher Number** 4009

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***9499 | 1,145.67 |
| WELLS FARGO | C | ***6959 | 1,145.68 |
| **Total Direct Deposits** | | | **2,291.35** |

122206  100  125  4009  4181        122206

**Matthew Luna**
2115 Orange Ave. Unit B
Costa Mesa, CA 92627

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### MDDR INC

**Matthew Luna**                                                        **Earnings Statement**

| Employee ID | **125** | Fed Taxable Income | **3,101.26** | Check Date | **June 24, 2024** | Voucher Number | **4009** |
| Location | **100** | Fed Filing Status | **S** | Period Beginning | **June 3, 2024** | Net Pay | **2,291.35** |
| Salary | **$3,134.80** | State Filing Status | **S-0** | Period Ending | **June 16, 2024** | Total Hours Worked | **80.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 940.56 |
| QCAM 401 | | 0.00 | 101.55 | 1,230.01 |
| Salary | 39.19 | 80.00 | 3,134.80 | 36,049.60 |
| Sick | | | | 1,254.08 |
| Spiff | | 0.00 | 250.00 | 1,500.00 |
| Vacation | | | | 2,508.16 |
| **Gross Earnings** | | **80.00** | **3,384.80** | **42,252.40** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 154.55 | 1,142.16 |
| CASDI-E | 34.11 | 426.20 |
| FITW | 368.47 | 2,745.10 |
| MED | 47.91 | 597.49 |
| SS | 204.87 | 2,554.81 |
| **Taxes** | **809.91** | **7,465.76** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K Employee Deferral | 203.09 | 2,459.92 |
| Medical Ins | 60.65 | 788.45 |
| Principal | 19.80 | 257.40 |
| **Deductions** | **283.54** | **3,505.77** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***9499 | 1,145.67 |
| WELLS FARGO BANK NA | C | ***6959 | 1,145.68 |
| **Total Direct Deposits** | | | **2,291.35** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 32.00 | 8.00 |
| Vacation | 59.00 | 361.00 |

MDDR INC | 4915 E Hunter Ave  Anaheim, CA 92807 | (714) 408-2202 | FEIN: 95-4169050 | CA: 372-1731-2

MDDR INC
4915 E Hunter Ave
Anaheim, CA 92807

paylocity

Direct Deposit Advice

**Check Date** June 10, 2024

**Voucher Number** 3957

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, | C | ***9499 | 1,076.89 |
| WELLS FARGO | C | ***6959 | 1,076.90 |
| **Total Direct Deposits** | | | **2,153.79** |

122206    100    125  3957  4131          122206

**Matthew Luna**
2115 Orange Ave. Unit B
Costa Mesa, CA  92627

Non Negotiable - This is not a check - Non Negotiable

---

Non Negotiable - This is not a check - Non Negotiable

## MDDR INC

**Matthew Luna**                                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **125** | Fed Taxable Income | **2,866.26** | Check Date | **June 10, 2024** |
| Location | **100** | Fed Filing Status | **S** | Period Beginning | **May 20, 2024** |
| Salary | **$3,134.80** | State Filing Status | **S-0** | Period Ending | **June 2, 2024** |

| | | |
|---|---|---|
| Voucher Number | | **3957** |
| Net Pay | | **2,153.79** |
| Total Hours Worked | | **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 39.19 | 8.00 | 313.52 | 940.56 |
| QCAM 401 | | 0.00 | 94.05 | 1,128.46 |
| Salary | 39.19 | 72.00 | 2,821.28 | 32,914.80 |
| Sick | | | | 1,254.08 |
| Spiff | | | | 1,250.00 |
| Vacation | | | | 2,508.16 |
| **Gross Earnings** | | **80.00** | **3,134.80** | **38,867.60** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 130.51 | 987.61 |
| CASDI-E | 31.53 | 392.09 |
| FITW | 316.77 | 2,376.63 |
| MED | 44.29 | 549.58 |
| SS | 189.37 | 2,349.94 |
| **Taxes** | **712.47** | **6,655.85** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K Employee Deferral | 188.09 | 2,256.83 |
| Medical Ins | 60.65 | 727.80 |
| Principal | 19.80 | 237.60 |
| **Deductions** | **268.54** | **3,222.23** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| BANK OF AMERICA, N.A. | C | ***9499 | 1,076.89 |
| WELLS FARGO BANK NA | C | ***6959 | 1,076.90 |
| **Total Direct Deposits** | | | **2,153.79** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Sick | 32.00 | 8.00 |
| Vacation | 55.92 | 361.00 |

---

MDDR INC | 4915 E Hunter Ave  Anaheim, CA 92807 | (714) 408-2202 | FEIN: 95-4169050 | CA: 372-1731-2