United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 24-11874-SC

Matthew Luna                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2024 | Form ID: 318a | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Matthew Luna, 2115 Orange Ave Apt B, Costa Mesa, CA 92627-7527 |
| 42065022 | + | ECSI/UNIVERSITY OF CAL, 101 ALDRICH HALL, IRVINE, CA 92697-0001 |
| 42065021 | | Earnest Operations / Navient, 535 Mission St Ste 1663, San Francisco, CA 94105-2997 |
| 42065026 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, PROSPER MARKETPLACE IN, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: richard.marshack@txitrustee.com | Nov 05 2024 00:40:00 | Richard A Marshack (TR), Marshack Hays Wood LLP, 870 Roosevelt, Irvine, CA 92620 |
| smg | | EDI: EDD.COM | Nov 05 2024 05:20:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 05 2024 05:20:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Nov 05 2024 05:20:00 | BMW Financial Services NA, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42065014 | | EDI: MAXMSAIDV | Nov 05 2024 05:20:00 | Aidvantage / Department of Education, PO Box 300001, Greenville, TX 75403-3001 |
| 42065015 | | Email/PDF: bncnotices@becket-lee.com | Nov 05 2024 01:00:08 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42065017 | | EDI: BMW.COM | Nov 05 2024 05:20:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016-0306 |
| 42065016 | + | EDI: BANKAMER2 | Nov 05 2024 05:20:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42065018 | | EDI: CITICORP | Nov 05 2024 05:20:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42065019 | | EDI: CITICORP | Nov 05 2024 05:20:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42065023 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 05 2024 00:41:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42065024 | | EDI: IRS.COM | Nov 05 2024 05:20:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| | | | 19101-7346 |
|---|---|---|---|
| 42065025 | | Email/Text: bkrgeneric@penfed.org | |
| | | Nov 05 2024 00:40:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 42065026 | | Email/Text: ProsperBK@prosper.com | |
| | | Nov 05 2024 00:41:00 | PROSPER MARKETPLACE IN, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105 |
| 42065027 | + | EDI: SYNC | |
| | | Nov 05 2024 05:20:00 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 42065028 | + | EDI: SYNC | |
| | | Nov 05 2024 05:20:00 | SYNCB/VENMO, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 42065029 | + | EDI: WTRRNBANK.COM | |
| | | Nov 05 2024 05:20:00 | TD BANK USA/TARGETCRED, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 42065030 | | Email/Text: bknotice@upgrade.com | |
| | | Nov 05 2024 00:40:00 | UPGRADE INC, 275 BATTERY ST FL 23, SAN FRANCISCO, CA 94111 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42065020 | ##+ | CITIZENS BANK, 870 WESTMINSTER ST, PROVIDENCE, RI 02903-4024 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor BMW Financial Services NA  LLC, c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Matthew Luna bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Social Security number or ITIN   xxx–xx–8013 |
| **Matthew Luna** | EIN  _ _–_ _ _ _ _ _ _ |
| First Name   Middle Name   Last Name | |
| Debtor 2 | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | EIN  _ _–_ _ _ _ _ _ _ |
| First Name   Middle Name   Last Name | |
| United States Bankruptcy Court   Central District of California | |
| Case number:  8:24–bk–11874–SC | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Luna

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/4/24

**Dated:** 11/4/24

By the court:  Scott C Clarkson
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUTU**

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**